IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. MO-10-CR-059 |
| | ) | |
| JOE ALBERT SMITH | ) | |

GOVERNMENT'S UNOPPOSED MOTION
FOR CONTINUANCE OF SENTENCING

Comes now the United States of America by and through the undersigned Assistant United States Attorney and moves for continuance of the sentencing in the above-styled and numbered cause and would show the Court:

The above-named Defendant is set for sentencing June 10, 2010. The under-signed Assistant United States Attorney will be on vacation during that time.

THEREFORE, the Government requests that the sentencing be re-set to the last week of June, or the dates of July 6th or 7th, or after July 13th.

Respectfully Submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

By:   /s/ JOHN S. KLASSEN
Assistant United States Attorney
State Bar No. 11553500
400 West Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4124 (Fax)

## Certificate of Conference

Mr. Mike Cropper, counsel for the Defendant, is unopposed to the Government's Motion for Continuance.

## Certificate of Service

I hereby certify that on June 2, 2010, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to Mr. Mike Cropper, counsel for the Defendant.

    /s/ JOHN S. KLASSEN
Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-10-CR-059** |
| | ) | |
| **JOE ALBERT SMITH** | ) | |

## ORDER

Came on this day for consideration the Government's Motion for Continuance of Sentencing in the above-styled and numbered cause. The Court being satisfied in the premises thereof finds that the Government's motion should be GRANTED.

IT IS THEREFORE ORDERED that the sentencing of JOE ALBERT SMITH be and is hereby continued until _____, 20___, at _____.m.

SIGNED and ENTERED this the _____ day of _____, 2010.

_____
ROBERT JUNELL
United States District Judge