**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-10-059** |
| | ) | |
| **JOE ALBERT SMITH** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**CONTINUANCE OF SENTENCING**

Comes now Defendant, Joe Albert Smith, by and through the undersigned legal representative, and moves for continuance of the sentencing in the above-styled and numbered cause and could show the Court:

The Defendant is set for sentencing July 15, 2010. The Defendant is too ill to make an appearance at this time.

Counsel for the government does not oppose this Motion provided that Court personnel confirm with the Defendant's medical professionals that Defendant is too ill to be sentenced.

THEREFORE, the Defendant requests that the sentencing be reset to a future date when Defendant's health is improved.

Respectfully submitted this 14th day of July, 2010.

By:  _____/S/_____
Michael D. Cropper
Michael D. Cropper, P.C.
State Bar No. 05118000
PO Box 3880
Midland, Texas  79702
432-687-0377 (Telephone)
888-940-7775 (Fax)
Attorney for Defendant, Joe Albert Smith