IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

FILED
SEP 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

No. 10-50703

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JOE ALBERT SMITH,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Midland-Odessa
(USDC No. 7:10-CR-59-1)

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    On this Court's own motion, the District Court is given until October 15, 2011, to comply with the order entered in this appeal on June 23, 2011.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   AUG 31 2011