## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | MO-12-CV083 |
|---|---|---|

| Name (under which you were convicted): JOE ALBERT SMITH | Docket or Case No.: MO-10-CR-59 |
|---|---|

| Place of Confinement: Federal Prison Camp - La Tuna, Anthony, NM | Prisoner No.: 54905-280 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v.    JOE ALBERT SMITH | |

**FILED**

**JUL 2 3 2012**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Federal District Court; Western District of Texas
    Midland - Odessa Division

    (b) Criminal docket or case number (if you know):   MO-10-CR-59

2.  (a) Date of the judgment of conviction (if you know):   October 11, 2011

    (b) Date of sentencing:   October 11, 2011

3.  Length of sentence:   60 months

4.  Nature of crime (all counts):

    1) Evasion of Payroll Taxes

5.  (a) What was your plea? (Check one)

    (1)   Not guilty ☐           (2)   Guilty ☒           (3)   Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐

    N/A

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

8.  Did you appeal from the judgment of conviction?     Yes ☐     No ☒

9.  If you did appeal, answer the following:     **N/A**

    (a) Name of court:

    (b) Docket or case number (if you know):

    (c) Result:

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know):     **N/A**

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐     No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):     **N/A**

        (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

**N/A**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):          **N/A**

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ❑   No ❑        **N/A**

    (2) Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

INEFFECTIVE ASSISTANCE OF COUNSEL — which lead to Petitioner signing a "Waiver of Statute of Limitations" on September 28, 2009, when the Statute of Limitations has already lapsed FIVE months prior.

Petitioner's Attorney was aware of such, but still via mischaracterizations and coercion persuaded Petitioner to sign away his rights.

(See attached Memorandum of Law)

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

         Yes ❑  No ❑          N/A

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

         Yes ❑  No ❑          N/A

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

INEFFECTIVE ASSISTANCE OF COUNSEL - which lead to Petitioner signing a "Waiver of Indictment" on February 17, 2010, when the Extension given to the Government had lapsed since January 15, 2010.

The "Waiver of Statute of Limitations" allowed the Government to charge Petitioner or before January 15, 2010. Petitioner was charged 33 days AFTER the "Waiver" had lapsed. Petitioner was charged on February 17, 2010.

(See attached Memorandum of Law"

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ❏        N/A

(2) If you did not raise this issue in your direct appeal, explain why:


**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ❏            N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏            N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

## GROUND THREE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

INEFFECTIVE ASSISTANCE OF COUNSEL - which lead to Petitioner being prosecuted by a "Bill of Information" which was signed and filed with the court on February 17, 2010, thirty-three days AFTER the Government's Self-Imposed Contractually Agreed Statute of Limitations date of January 15, 2010, had lapsed.

Petitioner's attorney knew that the charge was time-barred, yet Petitioner's counsel via mischaracterizations and coercion convinced Petitioner to plead guilty to an offense that was time-barred, and which the court had lost subject matter jurisdiction.

(See attached Memorandum of Law)

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑        N/A

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ❑        N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A


**GROUND FOUR:**


(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

INEFFECTIVE ASSISTANCE OF COUNSEL – when Petitioner's attorney failed to object to the "Bill of Information"  in open court when such was clearly time-barred. The Government had CONTRACTUALLY limited themselves to prosecute by or before January 15, 2010. They failed to do so.

(See attached Memorandum of Law)

**GROUND FIVE:**


INEFFECTIVE ASSISTANCE OF COUNSEL – caused Petitioner to sign the sign the Plea Agreement "Unknowingly and Involuntarily." Petitioner's attorney did not explain to Petitioner that he had a VALID DEFENSE, nor did Petitioner's attorney explain to him his rights, and the rights he was giving up by pleading guilty to a time-barred offense.

(See attached Memorandum of Law)

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑                N/A

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

                    N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ❑   No ❑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:     Micheal D. Cropper
                                3300 N. A  Street  Building 8-105
                                Midland, Texas 79705
(b) At arraignment and plea:
        SAME
(c) At trial:
        N/A
(d) At sentencing:
        SAME

(e) On appeal:

        N/A

(f) In any post-conviction proceeding:

        N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

        N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ❏ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:   N/A

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏   No ❏

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
    must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
    bar your motion.*

        This motion is timely as Title 28 U.S.C. §2255 (f)(1) states that such
motions may be filed (f) "one year from the latest of" (1) "the date on which
the judgment of conviction became final." Petitioner's judgment of conviction
became final on October 11, 2011.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    , A one-year period of limitation shall apply to a motion under this section.  The limitation period
    shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
        violation of the Constitution or laws of the United States is removed, if the movant was
        prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
        that right has been newly recognized by the Supreme Court and made retroactively
        applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
        discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on (month, date, year).

Executed (signed) on *July 12, 2012* (date).

*Joe A. Arnull*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.